UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN EDWARD GRAY | CIVIL ACTION |
| VERSUS | NO. 21-1799 |
| JUDGE DONALD ROWAN, 24th JDC ET AL. | SECTION "J"(4) |

# **ORDER**

The Court, having considered the record, the applicable law, the *Report and Recommendation* of the United States Magistrate Judge **(Rec. Doc. 6)**, and Petitioner's failure to file any objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.

The Court attempted to serve Petitioner with the Report and Recommendation. However, he failed to notify the court of his updated address for service, and therefore service was impossible. He subsequently failed to file a timely objection.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's claims are **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted pursuant to 42 U.S.C. § 1983.

A motion for reconsideration of this Order based on the appropriate Federal

Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an objection to the Report and Recommendation.

New Orleans, Louisiana, this 15th day of November, 2022

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE